Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00379-CV

____________

 

BRAZORIA COUNTY, Appellant

 

V.

 

JOYCE PELTIER,
Individually and as Administratrix of the

Estate of ROBERT LAWRENCE PELTIER,
SR., Deceased,

JOANNE PELTIER-DENTON, RAYMOND
ANTHONY PELTIER, SR.,

and ROBERT LAWRENCE PELTIER, JR.,
Appellees

 



 

On Appeal from the
23rd District Court

Brazoria County,
Texas

Trial Court Cause
No. 28426

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an interlocutory order
denying appellant=s plea to the jurisdiction signed April 11, 2006.  On May 19, 2006, appellant filed a motion to
dismiss the appeal because it is no longer a party to the underlying suit.  According to the motion, appellees have filed
a non-suit as to Brazoria County in the court below.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.